United States District Court
for the District of New Jersey

_____

**UNITED STATES OF AMERICA**

       Plaintiff

       vs.

**IAN CLIVE BURTON**

       Defendant
_____

Crim. 98-227

Order of Reassignment

It is on this 31st day of January 2012,

O R D E R E D that the entitled action is reassigned

from Judge Garrett E. Brown Jr. to Judge Dennis M. Cavanaugh.

                                                         S/Jerome B. Simandle
                                        Jerome B. Simandle, Chief Judge
                                        United States District Court